UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EUGENE TATUM,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY A. BEARD, et al.,<br><br>Defendants. | No. 2:15-cv-0551-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] In addition to filing a complaint, plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and two motions to amend.[2]

Plaintiff commenced this action by filing a civil rights complaint. ECF No. 1. That complaint named Beard, Duffy, Facio, Iserman, Lee, Kauer, and Koubong as defendants. Plaintiff then filed 661 pages with the court. That filing included requests for discovery, voluminous exhibits, a motion to amend, and what appears to be a proposed amended complaint.

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4).

[2] Plaintiff's application makes the showing required by 28 U.S.C. § 1915(a)(1) and (2). Accordingly, by separate order, the court directs the agency having custody of plaintiff to collect and forward the appropriate monthly payments for the filing fee as set forth in 28 U.S.C. § 1915(b)(1) and (2).

1

1  ECF No. 4. In the motion to amend, plaintiff states that he wants to add exhibits and "possibly a
2  party" to the complaint. *Id.* at 1. However, the proposed amended complaint does not name any
3  parties who were not named in the original complaint. *See id.* at 13 (naming defendants Beard,
4  Duffy, Facio, Iserman, Lee, Kauer, and Koubong). Plaintiff then filed another motion, titled
5  "motion to amend." ECF No. 7. In that motion, plaintiff seeks a court order granting him access
6  to the law library. *Id.* He did not file another proposed amended complaint.

7   Rule 15(a)(1) provides that "[a] party may amend its pleading once as a matter of course
8  within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is
9  required, 21 days after service of a responsive pleading or 21 days after service of a motion under
10  Rule 12(b), (e), or (f), whichever is earlier." Here, plaintiff moved to amend his complaint before
11  any responsive pleading or motion was served. Thus, plaintiff may amend his complaint "once as
12  a matter of course," without the court's leave. Plaintiff's motions to amend are therefore denied
13  as unnecessary.

14   Within thirty days from the date of this order, plaintiff may file an amended complaint.
15  The amended complaint must be complete in itself without reference to any earlier filed
16  complaint. E.D. Cal. L.R. 220. That is, plaintiff must file a single amended complaint that
17  includes all information relevant to his claim(s).[3]

18   Plaintiff is advised that filing an amended complaint should not require extensive
19  research. An amended complaint should not include legal citations and need not contain
20  unnecessarily detailed factual allegations. In addition, plaintiff is warned that the court is not a
21  repository for his evidence and he shall not file documentary evidence in support of his claims
22  unless it is necessary for the resolution of a motion.
23  /////
24  /////
25

26  [3] This is because an amended complaint supersedes any earlier filed complaint, and once an amended complaint is filed, the earlier filed complaint no longer serves any function in the
27  case. *See Forsyth v. Humana*, 114 F.3d 1467, 1474 (9th Cir. 1997) (the "'amended complaint supersedes the original, the latter being treated thereafter as non-existent.'") (quoting *Loux v.*
28  *Rhay*, 375 F.2d 55, 57 (9th Cir. 1967)).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted.

2. Plaintiff shall pay the statutory filing fee of $350. All payments shall be collected in accordance with the notice to the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Plaintiff's motions to amend (ECF Nos. 4 & 7) are denied as unnecessary.

4. Plaintiff must file his amended complaint within 30 days. The amended complaint must bear the docket number assigned to this case and be titled "First Amended Complaint." If plaintiff files an amended complaint stating a cognizable claim the court will proceed with service of process by the United States Marshal. Failure to comply with this order may result in dismissal.

Dated: June 8, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE